Nov. Term,
1860.

MULLEN
v.
STEVENS.

*A. Ellison* and *R. Parrett*, for appellee.

---

## MULLEN and Another *v.* STEVENS.

Tuesday,
December 11.

APPEAL from the *Ripley* Circuit Court.

*Per Curiam.*—This was a suit to settle a partnership account. Issues of fact were made up, and the case was referred to a referee, who made his report. Upon the report, the Court rendered judgment.

There is no bill of exceptions in the record; and the point is directly urged by the appellee, that this Court can not review the case. By the settled practice of the Court, we can not. See Ind. Dig. pp. 188, 692, and Ind. Pr. 244.

The judgment is affirmed, with 1 per cent. damages and costs.

*J. W. Gordon* and *S. Major*, for appellants.

*H. W. Harrington*, for appellee.